UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| Colette Y. Ilodigwe | ) | Case No. 19-11489 BLS |
| Debtor(s) | ) | |

**2nd AMENDED    CHAPTER 13 PLAN    1/21/2021**

*ANY OBJECTIONS TO THIS PLAN MUST BE FILED BEFORE CONFIRMATION OR THE OBJECTIONS WILL BE DEEMED RESOLVED BY FINAL CONFIRMATION ORDER.*

**I. Notice**

NOTICE TO ALL CREDITORS THAT THIS PLAN AND ALL OF ITS PROVISIONS ARE SUBJECT TO DEL.BANKR.L.R. 3023-1 AND YOUR RIGHTS MAY BE AFFECTED BY THIS PLAN. IF YOU OPPOSE THE PLAN'S TREATMENT OF YOUR CLAIM OR ANY PLAN PROVISION YOU OR YOUR ATTORNEY MUST FILE AN OBJECTION TO CONFIRMATION AT LEAST 7 DAYS BEFORE THE DATE SET FOR THE CONFIRMATION HEARING. THE BANKRUPTCY COURT MAY CONFIRM THIS PLAN WITHOUT FURTHER NOTICE IF NO OBJECTION IS FILED. SEE BANKRUPTCY RULE 3015. YOU SHOULD NOTE THE FOLLOWING (Boxes must be checked by Debtor(s) if applicable):

[X] The plan seeks to limit the amount of a secured claim, as set out in III.2, which may result in partial payment or no payment at all to the secured creditor
[X] The plan will seek avoidance of a lien or security interest
[X] The plan contains a nonstandard provision(s) in paragraph VI

**II. Plan payments and Length of Plan**: The future earnings of the debtor are submitted to the supervision and control of the Court and the Debtor'(s) employer or Debtor shall pay to the trustee the sum of $2600 for pre-confirmation payments accumulated as month 1; $300 for 7 months, $600 for 4 months, and $1285 for 48 months (60).

**III. Plan Distributions**: From the payment so received, after deduction of allowed Trustee's commission, the Trustee shall make disbursements as follows:

   **1. Priority Claims:**
   Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507.

   [X] (A) Debtor(s) Counsel Fees: $9500.00 paid first and then distributions shall subsequently be made under the plan as follows:
   [ ] (B)    Priority Taxes: N/A.
   [ ] (C)    Domestic Support Obligations:
   [X] (D)    Other Priority or Administrative Expense: New Castle County shall be paid $1345 for **Lakewood** sewer years 17-19 (POC # 9) with current years paid directly.

*** All City Of Wilmington Charges included in POC #10, #11, and #12 will be addressed per property below: when paid all liens to be marked satisfied. Upon Confirmation, once the proof of claim as bifurcated or scheduled below has been paid pursuant to such Confirmation Order, the debt is deemed satisfied and all interest and penalties are discharged, to the extent not inconsistent with 11 USC 1328(a) and 523(a).
   **2. Secured Claims:**
   [ ]    Pro Rata with or
   [X]    subsequent to dividends to priority creditors, holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

[X] (A) Long term or mortgage debt - PRE-PETITION ARREARAGE, to be paid to SLS $12365 [Which includes $11534 (POC #5-pre-petition + POC fee $250* and $581 MFR --(Cured Post-petition arrears directly)]. For the real property 1st Mtg. 1203 **Lakewood** Dr. *[$250 max allowed]

[X ] Debtor shall continue to pay Regular POST-PETITION payment to this mortgage co. directly beginning March 1, 2020. **  ($1198/mth)

[X ] (A1) Long term or mortgage debt - NOTHING to be paid to Veripro Solutions/ BOA (POC # 8) as there is no equity to support a secured status after the first mtg. Lien. Complaint shall be filed to strip off this 2nd lien. No regular payments shall be paid. **Lakewood**

POC # 10 for this property paid for Principal bal. H2O/ Sewer of $4575.09 *** This claim has been bifurcated and when paid all penalty and Interest charges will be deemed unsecured and paid pro rata with general unsecured claims. After the principal balance is paid of $4575.09, all liens shall be marked satisfied as paid in full and released. Current balance shall remain paid directly, such that at the end of this plan the balance shall be current.

[X ] (A2) Long term or mortgage debt - PRE-& POST PETITION ARREARAGE ONLY, to be paid to New Rez $ 00.00 (total amount of pre-petition + Post-petition arrears) for the real property Mortgage **525 E. 35th St.** Debtor is in loan modification stage. No POC filed.

[X ] Debtor shall continue to pay Regular POST-PETITION payment to this mortgage co. directly beginning March 1, 2020. **  ($426/mth)

POC # 10 for this property paid for Principal bal. H2O/sewer of $5201.79 *** This claim has been bifurcated and when paid all penalty and Interest charges will be deemed unsecured and paid pro rata with general unsecured claims. After the principal balance is paid of $5201.79, all liens shall be marked satisfied as paid in full and released. Current balance shall remain paid directly, such that at the end of this plan the balance shall be current.
  POC #11--shall be paid only as unsecured general claim ***
  POC #12--shall be paid within the loan modification.

[X ] (A3) Long term or mortgage debt - PRE-PETITION ARREARAGE ONLY, to be paid to Carrington $ 00.00 (total amount of pre-petition arrears) for the real property Mortgage 806 N. **Spruce**.  Debtor's loan mod was ordered approved  DI #43.   (POC #6)
[X ] Debtor shall continue to pay Regular POST-PETITION payment to this mortgage co. directly beginning November 2019. **  ($460/mth)

POC # 10 for this property paid for Principal bal. H2O/sewer of $8204.20 *** This claim has been bifurcated and when paid all penalty and Interest charges will be deemed unsecured and paid pro rata with general unsecured claims. After the principal balance is paid of $8204.20, all liens shall be marked satisfied as paid in full and released. Current balance shall remain paid directly, such that at the end of this plan the balance shall be current.
  POC #11--shall be paid only as unsecured general claim ***
  POC #12--shall be paid within the loan mod and is disputed.

[X ] (A4) Long term or mortgage debt - PRE-PETITION ARREARAGE ONLY, to be paid to Ditech/ New Rez-Shellpoint $ 00.00 (total amount of pre-petition arrears) for the real property Mortgage **200 N. Connell** Debtor's loan mod was ordered approved  DI #46.   (POC #7)
[X ] Debtor shall continue to pay Regular POST-PETITION payment to this mortgage co. directly beginning September 2019. **  ($591/mth)

POC # 10 for this property paid for Principal bal. H2O/sewer of $9200.12 *** This claim has been bifurcated and when paid all penalty and Interest charges will be deemed unsecured and paid pro rata with general unsecured claims. After the principal balance is paid of $9200.12, all liens shall be marked satisfied as paid in full and released. Current balance shall remain paid directly, such that at the end of this plan the balance shall be current.

POC #11--shall be paid only as unsecured general claim ***
POC #12--shall be paid within the loan mod and is disputed.

[X] (A5) Long term or mortgage debt - PRE-PETITION ARREARAGE ONLY, to be paid to Rushmore/ US Bank $ 00.00 (total amount of pre-petition arrears) for the real property Mortgage **200 1/2 N. Connell**. Loan Modification filed 12/2019 (POC #13)
[X] Debtor shall continue to pay Regular POST-PETITION payment to this mortgage co. directly beginning August 2019. **  ($615/mth)

POC # 10 for this property paid for Principal bal. H2O/sewer of $6043.45 *** This claim has been bifurcated and when paid all penalty and Interest charges will be deemed unsecured and paid pro rata with general unsecured claims. After the principal balance is paid of $6043.45, all liens shall be marked satisfied as paid in full and released. Current balance shall remain paid directly, such that at the end of this plan the balance shall be current.
POC #11--shall be paid only as unsecured general claim ***
POC #12--was paid by Mtg. Co. disputed.

[ ] (A6) Long term or mortgage debt - Not Applicable for the real property --1208 **Apple** St.

POC # 10 for this property paid for Principal bal. H2O/sewer of $4449.94 *** This claim has been bifurcated and when paid all penalty and Interest charges will be deemed unsecured and paid pro rata with general unsecured claims. After the principal balance is paid of $4449.94, all liens shall be marked satisfied as paid in full and released. Current balance shall remain paid directly, such that at the end of this plan the balance shall be current.
POC #11--shall be paid only as unsecured general claim ***
POC #12--$1661 shall be paid thru this plan.

**\*\* *This section of the plan specifically incorporates all of the provisions affecting mortgage claims as set forth in Del. Bankr.L.R. 3023-1(b) and the parties shall be so governed.***

[ ] (B) Secured Vehicle debt (cramdown)- Pro-Rata Payments to:

[ ] (C) Secured Vehicle Debt (910)-Pro-Rata Payments to:

[ ] (D) Other secured debt(s):

**3. Surrender of Collateral and Co-Debtor Relief:**
[ ] (A) Debtor surrenders secured collateral to: CREDITOR & Collateral
Debtor abandons such property and agree that the Automatic Stay under 11 U.S.C. Section 362 is terminated as to the property and any interest in the property effective immediately or on confirmation of this Plan. Claims, if any submitted by such creditor may receive a distribution under the plan if such claim reflects an applicable deficiency balance remaining following surrender.
[ ] (B) Co-Debtor relief under 11 USC Section 1301 is granted effective immediately upon confirmation of the Plan as to surrendered property.

**4. Unsecured Claims:**
Subsequent to dividends to Priority and Secured creditors, dividends to allowed non-priority general unsecured creditors shall be distributed as follows:
General unsecured creditors will be paid [ ] a dividend of 100% of their allowed claim or [ ] a pro rata dividend of
[ ] 1. _____ BIOC or
[ ] 2. _____ Disp. Income x 60 months as calculated under Section 1325(b), or

[X] 3. a pro rata dividend from the base plan, if any. Est 0% ch 7 qualified.

**IV. Leases or Executory Contracts:** (If applicable) The following leases or executory contracts of the debtor will be treated as follows: All tenant leases will be assumed.

**V. Vesting of Property:** Title to the Debtor's property shall revest in the Debtor on confirmation of the plan, except for undistributed plan payments held by the Trustee. Unless otherwise ordered, upon conversion of this case to Chapter 7 all undistributed plan payments received from a Debtor's post-petition wages shall be refunded to the Debtor. Upon dismissal, unless otherwise ordered, the Trustee is authorized to disburse undistributed plan payments to allowed claimants in accordance with this Plan.

**VI. Nonstandard Provisions:** Any nonstandard provision placed elsewhere in this plan is void. Other special provisions of this Plan:
*ANY OBJECTIONS TO THIS PLAN MUST BE FILED BEFORE CONFIRMATION OR THE OBJECTIONS WILL BE DEEMED RESOLVED BY FINAL CONFIMATION ORDER.*

Attorney fees of $9500 are in this plan due to multiple property issues. POC to be amended and cert requested for this $1000 increase; Any further fees or costs shall be requested if needed under certification; such as disputed Strip off, claims resolution etc.

All mortgage arrears have been or will be taken care of by Loan modifications / Forbearance plans or direct cure unless they are not approved; if so then plan will be modified if needed.

THIS IS NOT NEW BUT REITERATED:
All City of Wilmington claims #10,#11, and #12--have been incorporated to be paid as stated on each property. The City is being paid the principal balances in full on the claim 10 claims as stated, with Penalty and Interest treated as disputed and general unsecured; When the plan is confirmed, and the bifurcated portion paid as stated, the rest will be deemed disputed, unsecured and discharged.
Claim 11 and 12 are disputed and deemed as either general unsecured claims or claims paid by the mortgage companies by escrow, except for the **Apple** St. claim as stated to be paid.

**VII. Filing Proof of Claim Required:** A proof of claim must be filed in order to share in distributions under the plan. A proof of claim may be filed electronically or as paper. To file an electronic claim, go to the www.deb.uscourts.gov and click on "file a Claim" and follow instructions. Once the necessary information is entered the form will be automatically generated. To obtain a paper claim form, go to the website www.uscourts.gov and click on "Services and Forms", then click on Bankruptcy Forms, select B410-Proof of Claim. Completed paper claims should be delivered or mailed to United States Bankruptcy Court,Attn: Claims, 824 Market St., 3rd floor, Wilmington, DE 19801. (Copies should be mailed to Erin K. Brignola, Esq., 30 Fox Hunt Drive, Fox Run Shopping Center,Bear, DE 19701).

/s/ Collette Ilodigwe

Date: 1/20/2021

_____
Debtor's signature
**The undersigned certifies that this plan contains no nonstandard provision other than as set forth in paragraph VI. above.**

_____
Attorney for Debtor(s)

<u>Amended</u>     **PLAN ANALYSIS**

Debtor: Colette Ilodigwe                  Case #: 19-11489 BLS

Prior: Bankruptcy ( )  Chapter 13 ( )    Date:

Estimated length of plan 60    months.        Trustee Use

                                                341 Meeting Date: _____

                                                          Continued: _____

                                               Confirmed Date: _____

**TOTAL DEBT PROVIDED FOR UNDER THE PLAN AND ADMINISTRATIVE EXPENSES**

```
A. TOTAL PRIORITY CLAIMS (Class One)
   1. Unpaid attorney's fees ...............................$9500.00
   2. Taxes ....................New Castle County #9....$1345.00
   3. Other ..City Of Wilm. #10.Lakewood A. $4575.09......$
                                E. 35th   A2 $5201.79
                                Spruce    A3 $8204.20
                            200 NConnell  A4 $9200.12
                            200 1/2 N     A5 $6043.45
                                Apple     A6 $4449.94
                              + #12 $1660.46            $39335.05
B. TOTAL OF PAYMENTS TO CURE DEFAULTS (Class Two) SLS POC#5..$12365
C. TOTAL OF PAYMENTS ON SECURED CLAIMS (Class Three).......$
D. TOTAL OF PAYMENTS ON UNSECURED CLAIMS (Class Four) .....$
E. SUBTOTAL ...............................................$62545.05
F. TOTAL TRUSTEE'S COMPENSATION (10% of debtor's payments) $6250.00
G. TOTAL DEBT AND ADMINISTRATIVE EXPENSES .................$68795.00
```

**RECONCILIATION WITH CHAPTER 7**

```
H. INTEREST OF CLASS FOUR CREDITORS IF CHAPTER 7 FILED
   1. Value of debtor's interest in non-exempt property ........$
   2. Plus: value of property recoverable under avoiding powers $
   3. Less: estimated chapter 7 administrative expense .........$
   4. Less: amounts payable to priority creditors other than
           costs of administration ............................$
   5. Equals: estimated amount payable to Class 4 creditors
             if Chapter 7 filed (if negative, enter zero) .....$
I. ESTIMATED DIVIDEND FOR CLASS FOUR UNDER CHAPTER 7 ............$
J. ESTIMATED DIVIDEND UNDER PLAN.................................$
```

_____         _Debtor consent in__ Cel_
Erin K. Brignola                                           Debtor
Attorney for Debtor